J. Mark Meinhardt #027868
Meinhardt Law Firm PLLC
1 E Washington Street, Ste. 500
Phoenix, AZ 85004-2558
meinhardtlaw@gmail.com
(602) 714-7139

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Barbara Janzen

      Plaintiff,

**Case No.: 2:14-cv-00433-MEA**

v.

United Recovery Systems, L.P.

      Defendant.

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

    Respectfully submitted,

    /s/ J. Mark Meinhardt

    ATTORNEY FOR PLAINTIFF